Summons in a Civil Action (Rev 11/97)



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 08 APR 11 PM 4:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

American Protection Insurance Company

vs

Otay Water District

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 0662 JM POR

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Regan Furcolo, Esq. (SBN 162956)
WALSH & FURCOLO
750 B Street, Suite 2740
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

APR 1 1 2008

W. Samuel Hamrick, Jr.
CLERK                                                      DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)