1  PAUL A. HILDING, ESQ.
   State Bar No. 110656
2  PETER Q. SCHLUEDERBERG, ESQ.
   State Bar No. 137995
3  HILDING LAW FIRM
   501 W. Broadway, Suite 1760
4  San Diego, California 92101
   Tel:   (619) 233-4200
5  Fax:   (619) 233-4211

6  Attorneys for Defendant Otay Water District

7  REGAN FURCOLO, ESQ.
   WALSH & FURCOLO, LLP
8  750 B St., Ste. 2740
   San Diego, CA 92101-8129
9  Phone: (619) 232-8486

10 Attorneys for Plaintiff American Protection
   Insurance Company
11

12                    **UNITED STATES DISTRICT COURT**

13                    **SOUTHERN DISTRICT OF CALIFORNIA**

14

15 AMERICAN PROTECTION INSURANCE         ) Case No. 08-cv-0662-JM-POR
   COMPANY,                              )
16                                       ) **JOINT MOTION FOR EXTENSION OF**
              Plaintiff,                 ) **TIME FOR DEFENDANT OTAY**
17                                       ) **WATER DISTRICT TO FILE**
        v.                               ) **RESPONSIVE PLEADING TO**
18                                       ) **AMERICAN PROTECTION**
   OTAY WATER DISTRICT                   ) **INSURANCE COMPANY'S**
19                                       ) **COMPLAINT**
              Defendant                  )
20                                       ) Action Filed:  4/11/08
                                         )
21

22

23      This Joint Motion to Extend the Time for Defendant Otay Water District ("Otay Water")

24 to Answer or Otherwise File Its Responsive Pleading to the Complaint Filed by Plaintiff

25 American Protection Insurance Company ("American Protection") is filed pursuant to the United

26 States District Court Southern District of California's Local Civil Rules 7.2 and 12.1.  By this

27 Joint Motion, the parties Defendant Otay Water and Plaintiff American Protection, through their

28 counsel, stipulate and agree that:

                                            1
   JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING
                                                          Case No. 08-cv-0662-JM-POR

1  1. Plaintiff American Protection filed its Complaint for Declaratory Judgment in this
2  action on April 11, 2008;

3  2. Plaintiff American Protection served its Complaint on Otay Water by mail with a
4  Notice of Lawsuit and Request for Waiver of Service of Summons;

5  3. Defendant Otay Water signed and returned the Waiver of Service of Summons on
6  April 22, 2008, by which the due date for filing its Answer or otherwise responding to the
7  Complaint within 60 days is Friday, June 20, 2008;

8  4. Otay Water has only recently retained litigation counsel to represent it in this
9  action; and

10  5. Therefore, good cause exists to grant Otay Water an extension of approximately
11  two weeks until July 7, 2008 to file and serve its response to American Protection's Complaint.

12  Accordingly, by this Joint Motion, the parties Defendant Otay Water and Plaintiff
13  American Protection, through their counsel, further stipulate, agree, and jointly move this Court
14  for an order as follows:

15  1. Granting Defendant Otay Water District an extension of time until July 7, 2008 to
16  file its Answer, or to otherwise respond to Plaintiff's Complaint in this matter, on the grounds
17  that good cause exists for such two week extension of time to respond.

26  / / /
27  / / /
28  / / /

**PLEASE TAKE FURTHER NOTICE** that the content of this Joint Motion is acceptable to all persons required to sign this document and it has been agreed by all parties required to sign this document that his or her electronic signature can be affixed to this document.

DATED: June 19, 2008                             WALSH & FURCOLO, LLP

By: s/ Regan Furcolo, Esq.
REGAN FURCOLO
Attorneys for Plaintiff American Protection Insurance Company

DATED: June 19, 2008                             HILDING LAW FIRM

By: s/ Peter Q. Schluederberg
PAUL A. HILDING
PETER Q. SCHLUEDERBERG
hilding@hildinglaw.com
pschluederberg@hildinglaw.com
Attorneys for Defendant Otay Water District