PAUL A. HILDING, ESQ.
State Bar No. 110656
PETER Q. SCHLUEDERBERG, ESQ.
State Bar No. 137995
HILDING LAW FIRM
501 W. Broadway, Suite 1760
San Diego, California 92101
Tel:   (619) 233-4200
Fax:   (619) 233-4211

Attorneys for Defendant Otay Water District

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PROTECTION INSURANCE COMPANY, | Case No. 08-cv-0662-JM-POR |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | Action Filed:  4/11/08 |
| OTAY WATER DISTRICT | |
| Defendant | |

I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action. I am employed in the County of San Diego, California. My business address is 501 West Broadway, Suite 1760, San Diego, CA 92101.

On June 19, 2008, I served the following documents:

**1.   JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT OTAY WATER DISTRICT TO FILE RESPONSIVE PLEADING TO AMERICAN PROTECTION INSURANCE COMPANY'S COMPLAINT**

**2.   PROPOSED ORDER**

on the following recipients, respectively as follows:

*Please see attached service list*

☐   (BY FEDERAL EXPRESS)  I sent a copy via Federal Express, -OVERNIGHT DELIVERY.  Please see service list for list of Airbill No.'s for each recipient.

1
PROOF OF SERVICE

Case No. 08-cv-0662-JM-POR

☐    (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its receipt, within the applicable statutory deadlines.

☐    (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐    (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its receipt, within the applicable statutory deadlines.

☐    (BY FACSIMILE) I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document.

☒    (BY ELECTRONIC MAIL as follows: I caused each such document to be delivered by electronic mail to the addressees above.

[ ]    (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (FEDERAL)    I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

    Executed on June 19, 2008, San Diego, California.

    *Adrian Cress*

| | |
|---|---|
| 1 | **Service List** |
| 2 | Regan Furcolo, Esq. |
| | Walsh & Furcolo, LLP |
| 3 | 750 B St., Ste. 2740 |
| | San Diego, CA 92101-8129 |
| 4 | Phone: (619) 232-8486 |
| | Fax:    (619) 232-2691 |
| 5 | Attorney for American Protection Insurance Company/Kemper |
| 6 | Robert W. Brunner, Esq. |
| | Bollinger Ruberry & Garvey |
| 7 | 500 W Madison, Ste. 2300 |
| | Chicago, IL 60661 |
| 8 | Phone: (312) 466-8000 |
| | Fax:    (312) 466-8001 |
| 9 | Attorney for American Protection Insurance Company/Kemper |