PAUL A. HILDING, ESQ.
State Bar No. 110656
PETER Q. SCHLUEDERBERG, ESQ.
State Bar No. 137995
HILDING LAW FIRM
501 W. Broadway, Suite 1760
San Diego, California 92101
Tel:   (619) 233-4200
Fax:   (619) 233-4211

Attorneys for Defendant Otay Water District

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PROTECTION INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> OTAY WATER DISTRICT <br><br> Defendant | Case No. 08-cv-0662-JM-POR <br><br> **PROOF OF SERVICE** <br><br> Action Filed:  4/11/08 |

    I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action. I am employed in the County of San Diego, California. My business address is 501 West Broadway, Suite 1760, San Diego, CA 92101.

    On July 2, 2008, I served the following documents:

    1.    **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT OTAY WATER DISTRICT TO FILE RESPONSIVE PLEADING TO AMERICAN PROTECTION INSURANCE COMPANY'S COMPLAINT**

    2.    **PROPOSED ORDER FOR FURTHER EXTENSION OF TIME TO ANSWER**

on the following recipients, respectively as follows:

*Please see attached service list*

1  ☐ (BY FEDERAL EXPRESS) I sent a copy via Federal Express, -OVERNIGHT DELIVERY. Please see service list for list of Airbill No.'s for each recipient.

2

3  ☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its receipt, within the applicable statutory deadlines.

4

5  ☐ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

6

7

8  ☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its receipt, within the applicable statutory deadlines.

9

10  ☐ (BY FACSIMILE) I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document.

11

12

13  ☒ (BY ELECTRONIC MAIL as follows: I caused each such document to be delivered by electronic mail to the addressees above.

14

    [ ] (STATE) I declare under penalty of perjury under the laws of the State of California
15  that the above is true and correct.

16  [X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

17
    Executed on July 2, 2008, San Diego, California.
18

19                                              /s/ Adrian Cress
20                                              Adrian Cress

21

22

23

24

25

26

27

28

## Service List

1

2  Regan Furcolo, Esq.
   Walsh & Furcolo, LLP
3  750 B St., Ste. 2740
   San Diego, CA 92101-8129
4  Phone: (619) 232-8486
   Fax:    (619) 232-2691
5  Attorney for American Protection Insurance Company/Kemper

6  Robert W. Brunner, Esq.
   Bollinger Ruberry & Garvey
7  500 W Madison, Ste. 2300
   Chicago, IL 60661
8  Phone: (312) 466-8000
   Fax:    (312) 466-8001
9  Attorney for American Protection Insurance Company/Kemper

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
PROOF OF SERVICE

Case No. 08-cv-0662-JM-POR