# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PROTECTION INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>OTAY WATER DISTRICT<br><br>            Defendant | Case No. 08-cv-0662-JM-POR<br><br>**ORDER FOR FURTHER EXTENSION OF TIME TO ANSWER OR FILE RESPONSIVE PLEADING**<br><br>Action Filed:  4/11/08<br>Judge:        Hon. Jeffrey T. Miller<br>Courtroom:    16 |

On 7/2/08, American Protection Insurance Company and Otay Water District filed their Joint Motion for Extension of Time for Defendant Otay Water District to File Responsive Pleading to American Protection Insurance Company's Complaint for Declaratory Judgment. Having considered the papers, and good cause appearing, this court hereby orders that Defendant Otay Water District's time to file its Answer or otherwise respond to Plaintiff's Complaint is extended until August 13, 2008.

Date:   July 10, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

1
ORDER

Case No. 08-cv-0662-JM-POR