| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>Regan Furcolo, Esq. (SBN 162956)<br>WALSH & FURCOLO LLP<br>750 B Street, Suite 2740<br>San Diego, CA 92101-8129<br>ATTORNEY FOR: Plaintiff AMERICAN PROTECTION INSURANCE COMPANY | TELEPHONE NO.<br>(619) 232-8486 | FOR COURT USE ONLY |
| **UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**<br>STREET ADDRESS: 880 Front Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Southern District | | |
| PLAINTIFF: AMERICAN PROTECTION INSURANCE COMPANY | | |
| DEFENDANT: OTAY WATER DISTRICT | | |
| **CERTIFICATE OF SERVICE** | | Case Number:<br>08-cv-0662-JM-POR |

I, the undersigned, declare that: I am over the age of 18 years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is 750 B Street, Suite 2740, San Diego, CA 92101, telephone no. (619) 232-8486, facsimile no. (619) 232-2691. I further declare that I am readily familiar with the business' practice for collection and processing of correspondence, pleadings and discovery for Electronic Transfer through CourtLink, mailing via U.S. Mail, UPS Overnight Mail, Facsimile and/or Personal Service pursuant to which practice I served the following original document(s) or true copies thereof, with all exhibits:

### FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT

by one or more of the following methods of service for each addressee respectively as follows:

| | |
|---|---|
| Mr. Robert Brunner<br>Bollinger Ruberry & Garvey<br>500 W. Madison, Suite 2300<br>Chicago, Illinois 60661<br>Direct Line: (312) 559-4656; Fax: (312) 466-8001<br>Email Address: robert.brunner@brg-law.net | Peter Schluederberg, Esq.<br>Hilding Law Firm<br>501 West Broadway, Suite 1760<br>San Diego, CA 92101<br>Tel: (619) 233-4200; Fax: (619) 233-4211<br>Email Address: pschluederberg@hildinglaw.com |

[ X ] **By U.S. Mail.** I sealed such document(s) in envelopes, and with the correct postage thereon fully prepaid, either deposited each in the United States Postal Service or placed each for collection and mailing on August 6, 2008, at San Diego, California, following ordinary business practices.

[ ] **By Overnight Mail/Next Day Delivery.** I sealed such document(s) in separate envelopes, and deposited each with the Airborne Parcel Services for collection and mailing via overnight mail/next day delivery on _____, 20____, at San Diego, California, following ordinary business practices.

[ ] **By Facsimile (FAX).** I transmitted such document(s) via facsimile to the named persons at their respective fax numbers on _____ _____, 20____, at San Diego California.

[ ] **By Personal Service/Delivery.** On _____, 20____ at approximately _____am/pm, I served a copy of the following documents:
on the interested parties by personally delivering a copy of said document(s) to _____(name) at the following address:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed: _____August 6, 2008_____

LORI RAMSEY