PAUL A. HILDING, ESQ.
State Bar No. 110656
PETER Q. SCHLUEDERBERG, ESQ.
State Bar No. 137995
HILDING LAW FIRM
501 W. Broadway, Suite 1760
San Diego, California 92101
Tel:   (619) 233-4200
Fax:   (619) 233-4211

Attorneys for Defendant Otay Water District

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PROTECTION INSURANCE COMPANY, <br><br>          Plaintiff, <br><br>     v. <br><br> OTAY WATER DISTRICT <br><br>          Defendant | Case No. 08-cv-0662-JM-POR <br><br> **PROOF OF SERVICE** <br><br> Action Filed:  4/11/08 |

  I am and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action. I am employed in the County of San Diego, California. My business address is 501 West Broadway, Suite 1760, San Diego, CA 92101.

  On August 15, 2008, I served the following documents:

  1. **OTAY WATER DISTRICT'S ANSWER AND COUNTERCLAIM FOR BREACH OF CONTRACT AND BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

on the following recipients, respectively as follows:

*Please see attached service list*

☐ (BY FEDERAL EXPRESS) I sent a copy via Federal Express, -OVERNIGHT DELIVERY. Please see service list for list of Airbill No.'s for each recipient.

1  ☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its receipt, within the applicable statutory deadlines.

☐ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its receipt, within the applicable statutory deadlines.

☐ (BY FACSIMILE) I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document.

☒ (BY ELECTRONIC MAIL as follows: I caused each such document to be delivered by electronic mail to the addressees above.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

Executed on August 15, 2008, San Diego, California.

_Adrian Cress_

<u>**Service List**</u>

Regan Furcolo, Esq.
Walsh & Furcolo, LLP
750 B St., Ste. 2740
San Diego, CA 92101-8129
Phone: (619) 232-8486
Fax:    (619) 232-2691
Attorney for American Protection Insurance Company/Kemper

Robert W. Brunner, Esq.
Bollinger Ruberry & Garvey
500 W Madison, Ste. 2300
Chicago, IL 60661
Phone: (312) 466-8000
Fax:    (312) 466-8001
Attorney for American Protection Insurance Company/Kemper