1 | PAUL A. HILDING, ESQ.
State Bar No. 110656
2 | PETER Q. SCHLUEDERBERG, ESQ.
State Bar No. 137995
3 | HILDING LAW FIRM
501 W. Broadway, Suite 1760
4 | San Diego, California 92101
Tel:    (619) 233-4200
5 | Fax:    (619) 233-4211

6 | Attorneys for Defendant Otay Water District

7

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10

11 | AMERICAN PROTECTION INSURANCE COMPANY,   )   Case No. 08-cv-0662-JM-POR
12 |                                          )   **PROOF OF SERVICE**
         Plaintiff,                           )
13 |                                          )   Action Filed:  4/11/08
     v.                                       )
14 |                                          )
     OTAY WATER DISTRICT                      )
15 |                                          )
         Defendant                            )
16 |                                          )
                                              )
17 |                                          )

18 | I am and was at the time of service of the papers herein referred to, over the age of

19 | eighteen years, and not a party to the action. I am employed in the County of San Diego,

20 | California. My business address is 501 West Broadway, Suite 1760, San Diego, CA 92101.

21 | On August 26, 2008, I served the following documents:

22 | 1.   **OTAY WATER DISTRICT'S FIRST AMENDED ANSWER AND
          COUNTERCLAIM FOR BREACH OF CONTRACT AND BREACH OF
23 |      THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**

24 | on the following recipients, respectively as follows:

25 | *Please see attached service list*

26 | ☐   (BY FEDERAL EXPRESS)  I sent a copy via Federal Express, -OVERNIGHT
         DELIVERY.  Please see service list for list of Airbill No.'s for each recipient.
27

28

---

1
PROOF OF SERVICE

Case No. 08-cv-0662-JM-POR

1  ☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its
2  receipt, within the applicable statutory deadlines.

3  ☐ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would
4  be deposited with the United States Postal Service the same day of deposit in the ordinary course of business. I caused such envelope with postage thereon fully prepaid to be placed in the United
5  States mail at San Diego, California.

6  ☐ (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the addressee(s) above. The actual Declaration of Personal Service shall be filed upon its receipt,
7  within the applicable statutory deadlines.

8  ☐ (BY FACSIMILE) I sent a copy via facsimile transmission to the telefax number(s) indicated above. The facsimile machine I used complied with California Rules of Court, Rule
9  2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule
10  2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this document.

11  ☒ (BY ELECTRONIC MAIL as follows: I caused each such document to be delivered by
12  electronic mail to the addressees above.

13  [ ] (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

14  [X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this
15  Court, at whose direction the service was made.

16  Executed on August 26, 2008, San Diego, California.

17

18  *Adrian Cress* (signature)
    Adrian Cress

19

20

21

22

23

24

25

26

27

28

2
PROOF OF SERVICE
Case No. 08-cv-0662-JM-POR

## Service List

Regan Furcolo, Esq.
Walsh & Furcolo, LLP
750 B St., Ste. 2740
San Diego, CA 92101-8129
Phone: (619) 232-8486
Fax:    (619) 232-2691
rfurcolo@wafulaw.com,
lramsey@wafulaw.com

Attorney for American Protection Insurance Company/Kemper

Robert W. Brunner, Esq.
Bollinger Ruberry & Garvey
500 W Madison, Ste. 2300
Chicago, IL 60661
Phone: (312) 466-8000
Fax:    (312) 466-8001
Email:  Robert.brunner@brg-law.net

Attorney for American Protection Insurance Company/Kemper