1 ROBERT W. BRUNNER (*Pro Hac Vice*)
BOLLINGER RUBERRY & GARVEY
2 500 W. Madison Street, Suite 2300
Chicago, Illinois 60661
3 Telephone: (312) 466-8000
Facsimile: (312) 466-8001
4
REGAN FURCOLO
5 WALSH & FURCOLO
750 B Street, Suite 2740
6 San Diego, California 92101
Telephone: (619) 232-8486
7 Facsimile: (619) 232-2691

8 Attorneys for Plaintiff AMERICAN PROTECTION INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PROTECTION INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>OTAY WATER DISTRICT,<br><br>Defendant. | Case No. 08-CV-0662-JM-POR<br><br>**PROOF OF SERVICE OF PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM** |

I am and was at the time of service of the papers referenced herein, over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 750 B Street, Suite 2740, San Diego, California 92101. I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On September 5, 2008, I served the following document by electronic mail:

**AMERICAN PROTECTION INSURANCE COMPANY'S ANSWER TO DEFENDANT'S COUNTERCLAIM**

PROOF OF SERVICE - 1

on the following recipients:

Paul A. Hilding, Esq.
Peter Q. Schluederberg, Esq.
Hilding Law Firm
501 W. Broadway, Suite 1760
San Diego, California  92101

Executed on September 5, 2008, San Diego, California.

                                           /s/ Lorraine Ramsey
                                           Lorraine Ramsey

PROOF OF SERVICE - 2